```
 1  GOLDSMITH & HULL/574433
    A Professional Corporation
 2  VALERIA BARINOVA    (Bar No. 224422)
    16000 Ventura Blvd., Suite 900
 3  Encino, CA 91436-2760
    Tel.: (818) 990-6600
 4  Fax: (818) 990-6140
    govdept1@goldsmithcalaw.com
 5
 6  Attorneys For Judgment Creditor
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. A98 3819 |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS [PROPOSED] |
| ELIZABETH M. ENGELBERT AKA ELIZABETH ENGELBERT | |
| Defendant. | |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of ROTTNER ATTORNEY SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

IT IS SO ORDERED

Dated: 1/20/07

ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT

27